**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**M.G.R., INC. d/b/a AIR PLUS LIMITED**,

Plaintiff,

v.

**TRI-AD INTERNATIONAL FREIGHT FORWARDING, LTD., A Canadian Corporation,**

Defendant.

Civil No. 01-803 (MJD/JGL)

**Minutes and Order**

APPEARANCES

Lisa Agrimonti, Esq., for Plaintiff.

Timothy D. Webb, Esq., for Defendant.

---

A hearing was held on January 22, 2002 before United States Magistrate Judge Jonathan Lebedoff on Plaintiff's Motion to Compel Discovery Responses (Doc. No. 16). The Court ruled from the bench.

(1) Plaintiff's Motion to Compel Discovery Responses (Doc. No. 16) is **GRANTED**;

(2) Defendant must produce all outstanding discovery, with the exception of its supplemental answer to Interrogatory No. 10, by February 7, 2002;

(3) Defendant must provide its supplemental answer to Interrogatory No. 10 by February 12, 2002; and

JAN 22 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(4) If Defendant fails to comply with this Order, Plaintiff may bring a motion for sanctions.

Dated: January 22, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge