UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL DIVISION

MGR, Inc., d/b/a Air Plus Limited, a Minnesota corporation,

Plaintiff,

v.

Tri-ad International Freight Forwarding, Ltd., a Canadian corporation,

Defendant.

Civil File No. 01-CV-803 JEL/JGL

**STIPULATION FOR MODIFICATION OF PRETRIAL ORDER AND ORDER**

Plaintiff MGR, Inc. d/b/a Air Plus Limited and Defendant Tri-ad International Freight Forwarding, Ltd., by their respective undersigned counsel, hereby submit this Stipulation for Modification of Pretrial Order. In support hereof, the parties state the following:

1. On August 10, 2001, the Court entered its Pretrial Order, including deadlines related to the completion of discovery and non-dispositive motions.

2. Plaintiff and Defendant jointly agree they require relief from the Pretrial Order and an extension of the discovery period for limited purposes of taking depositions in Toronto, San Francisco, Los Angeles and Minneapolis. Specifically, the parties have agreed to extend the discovery period for the purpose of deposing the following witnesses: Linda Collier, Mara Mazariegos, Maria Nemyliwska, a representative of Tech Data Canada Ltd., Gary Koch, Jack Duffey, Bernadette Noel, Gary Friedman and Dan Ball. Due to travel and scheduling conflicts, these depositions have not yet been completed.

FILED JUL 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Plaintiff and Defendant jointly request a modification of the Pretrial Order dated August 10, 2001, to be modified as follows:

a. The period during which parties may seek discovery relating to the depositions referenced in paragraph 2 above shall be completed by September 15, 2002.

b. All non-dispositive motions which relate to the depositions referenced in paragraph 2 above must be filed prior to September 15, 2002.

WHEREFORE, Plaintiff and Defendant respectfully request the Court to modify the Pretrial Order as proposed herein.

Respectfully submitted,

Dated: July 26, 2002

**BRIGGS AND MORGAN, P.A.**

By ______________________
Mark J. Ayotte (#166315)
W-2200 First National Bank Building
332 Minnesota Street
Saint Paul, Minnesota 55101
Telephone No. (651) 223-6600

**ATTORNEY FOR PLAINTIFF**

Dated: July 26th, 2002

**OPPENHEIMER, WOLFF & DONNELLY**

By ______________________
Jeffrey J. Bouslog (#174671)
Timothy D. Webb (#271299
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone No. (612) 607-7000

**ATTORNEYS FOR DEFENDANT**

**ORDER**

Based on the foregoing Stipulation, and all of the files, records and proceedings, it is hereby ordered that:

1. The Pretrial Order dated August 10, 2001, shall be modified to permit the depositions referenced in paragraph 2 above to be completed by September 15, 2002, and all

non-dispositive motions which relate to the depositions referenced in paragraph 2 above must be filed prior to September 15, 2002.

Dated: July 26, 2002

BY THE COURT:

Jonathan Lebedoff
United States Magistrate Judge