**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL DIVISION**

---

MGR, Inc., d/b/a Air Plus Limited, a Minnesota corporation,

Plaintiff,

v.

Tri-ad International Freight Forwarding, Ltd., a Canadian corporation,

Defendant.

Civil File No. 01-CV-803 (JEL/JGL)

**STIPULATION PURSUANT TO PROTECTIVE ORDER**

---

Plaintiff MGR, Inc. d/b/a Air Plus Limited and Defendant Tri-ad International Freight Forwarding, Ltd., by their respective undersigned counsel, hereby submit this Stipulation Pursuant to Protective Order. In support hereof, the parties state the following:

1. On August 23, 2001, the Court entered its Stipulated Protective Order governing the handling of confidential information and documents in the above-captioned proceeding.

2. During the course of discovery in this proceeding, Defendant requested production of a "Confidential Separation Agreement and Release" between Plaintiff and Gary Friedman, a former employee ("Separation Agreement").

3. Plaintiff has objected to the production of the Separation Agreement in part because the Separation Agreement contains a confidentiality and non-disclosure provision. Under the Separation Agreement, Plaintiff has agreed that the terms of the Separation Agreement are confidential and will not be disclosed to any person or organization, except as required by law.

SEP 1 1 2002
CLERK
DEPUTY CLERK

4. Defendant has agreed to treat the Separation Agreement as Confidential Information consistent with the terms and conditions of the Stipulated Protective Order in this proceeding.

5. Plaintiff and Defendant jointly request the Court issue an Order requiring the production of the Separation Agreement subject to the terms and conditions of the Stipulated Protective Order.

Respectfully submitted,

Dated: September 5, 2002

**BRIGGS AND MORGAN, P.A.**

By [signature]
Mark J. Ayotte (#166315)
W-2200 First National Bank Building
332 Minnesota Street
Saint Paul, Minnesota 55101
Telephone No. (651) 223-6600

**ATTORNEY FOR PLAINTIFF**

Dated: September 4th, 2002

**OPPENHEIMER, WOLFF & DONNELLY**

By [signature]
Jeffrey J. Bouslog (#174671)
Timothy D. Webb (#271299
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone No. (612) 607-7000

**ATTORNEYS FOR DEFENDANT**

**ORDER**

Based on the foregoing Stipulation, and all of the files, records and proceedings, it is hereby ordered that:

1. Plaintiff shall produce to Defendant a copy of the Separation Agreement referenced above. The Separation Agreement shall be treated as "Confidential Information" subject to the terms and conditions of Stipulated Protective Order dated August 23, 2001.

Dated: Sept. 11, 2002

BY THE COURT:

[signature]
Jonathan Lebedoff
United States Magistrate Judge