UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL No. 01-803 (JEL/JGL)

---

MGR, Inc., d/b/a Air Plus Limited,
a Minnesota corporation,

Plaintiff,

vs.

Tri-ad International Freight Forwarding,
Ltd., a Canadian corporation,

Defendant.

**CONSENT TO PROCEED BEFORE CHIEF U.S. MAGISTRATE JUDGE JONATHAN LEBEDOFF**

---

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any and all appeals of rulings of the Magistrate Judge shall be made directly to the Court of Appeals.

[signature]
Plaintiff

12/12/02
Date

[signature]
Defendant

12/13/02
Date

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable Jonathan Lebedoff, Chief United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, and the foregoing consent of the parties.

Dated: 12-19-02

[signature]
JOAN E. LANCASTER
United States District Judge

FILED DEC 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED________
DEPUTY CLERK'S INITIALS________