**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL DIVISION**

---

MGR, Inc., d/b/a Air Plus Limited, a Minnesota corporation,

Plaintiff,

v.

Tri-ad International Freight Forwarding, Ltd., a Canadian corporation,

Defendant.

Civil File No. 01-CV-803 JEL/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MGR, Inc. d/b/a Air Plus Limited and Defendant Tri-ad International Freight Forwarding, Ltd., acting by and through their respective undersigned counsel, that the above-entitled action, together with all causes of action or claims which where or might have been alleged therein, may be and hereby are dismissed with prejudice and on the merits, without cost to either party.

IT IS FURTHER STIPULATED AND AGREED that judgment of dismissal with prejudice may be entered pursuant to this Stipulation, without further notice.

Dated: January 13, 2003

BRIGGS AND MORGAN, P.A

By [signature]
Mark J. Ayotte (#166315)
Lisa M. Agrimonti (#272474)
W-2200 First National Bank Building
332 Minnesota Street
Saint Paul, Minnesota 55101
Telephone No. (651) 223-6600
*Attorneys for Plaintiff MGR, Inc. d/b/a Air Plus Limited*

Dated: January 16th, 2003

OPPENHEIMER, WOLFF & DONNELLY, LLP

By [signature]
Jeffrey Bouslog (#174671)
3300 Plaza VII
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone No. (612) 607-7000
*Attorneys for Defendant Tri-ad International Freight Forwarding, Ltd.*

1-27-03
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD 1-27-03
DEPUTY CLERK

1482987v1

MGR, Inc., d/b/a Air Plus Limited v. Tri-ad International Freight Forwarding, Ltd.,
Civil No.: 01-803 (MJD/JGL)

**ORDER**

IT IS HEREBY ORDERED that the above-entitled action, together with all causes of action or claim which were or which might have been alleged therein, be dismissed with prejudice and on the merits, but without further cost to either of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 1-24-03

Michael J. [signature]
Judge of District Court