**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL DIVISION**

---

MGR, Inc., d/b/a Air Plus Limited, a Minnesota corporation,

Plaintiff,

v.

Tri-ad International Freight Forwarding, Ltd., a Canadian corporation,

Defendant.

Civil File No. 01-CV-803 JEL/JGL

**AIR PLUS' MOTION TO REOPEN CASE AND ENTER JUDGMENT**

---

**PLEASE TAKE NOTICE** that Plaintiff MGR, Inc., d/b/a Air Plus Limited ("Air Plus") hereby moves the Court for an Order reopening the above-captioned case and entering judgment against Tri-ad International Freight Forwarding, Ltd., in the amount of $31,250.

Air Plus' motion is based on the Affidavit of Default and Amount Due by Tim Anderson and the Affidavit of Attorneys' Fees by Lisa M. Agrimonti, both filed contemporaneously herewith, all of the files, records, and proceedings herein, and the arguments of counsel.

Dated: June 1, 2004

**BRIGGS AND MORGAN, P.A.**

By [signature]

Lisa M. Agrimonti #272474
Mark J. Ayotte #166315
2200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
(612) 977-8400
**Attorneys for MGR, Inc., d/b/a Air Plus Limited**

1650414v1