**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL DIVISION**

---

MGR, Inc., d/b/a Air Plus Limited, a Minnesota corporation,

Plaintiff,

v.

Tri-ad International Freight Forwarding, Ltd., a Canadian corporation,

Defendant.

Civil File No. 01-CV-803 JEL/JGL

**AIR PLUS' NOTICE OF MOTION TO REOPEN CASE AND ENTER JUDGMENT**

---

**PLEASE TAKE NOTICE** that a hearing on the motion by Plaintiff MGR, Inc., d/b/a Air Plus Limited ("Air Plus") to reopen the case and enter judgment against Tri-ad International Freight Forwarding, Ltd. will be heard on Tuesday, June 15, 2004 at 8:30 a.m. before the Honorable Jonathan G. Lebedoff, at the United States District Courthouse, Courtroom 9 East, District of Minnesota, Minneapolis, Minnesota.

Air Plus' motion is based on the Affidavit of Default and Amount Due by Tim Anderson and the Affidavit of Attorneys' Fees by Lisa M. Agrimonti, both filed contemporaneously herewith, all of the files, records, and proceedings herein, and the arguments of counsel.

Dated: June 1, 2004

**BRIGGS AND MORGAN, P.A.**

By ______________________
Lisa M. Agrimonti #272474
Mark J. Ayotte #166315
2200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
(612) 977-8400
**Attorneys for MGR, Inc., d/b/a Air Plus Limited**