**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL DIVISION**

MGR, Inc., d/b/a Air Plus Limited, a Minnesota corporation,

Plaintiff,

v.

Tri-ad International Freight Forwarding, Ltd., a Canadian corporation,

Defendant.

Civil File No. 01-CV-803 JEL/JGL

**AIR PLUS' MEMORANDUM IN SUPPORT OF REOPENING CASE AND ENTERING JUDGMENT**

## I. INTRODUCTION

MGR, Inc., d/b/a Air Plus Limited ("Air Plus") respectfully requests that the Court reopen this case and enter judgment against Tri-ad International Freight Forwarding, Ltd. ("Tri-ad") in the amount of $31,250 based on the parties Settlement Agreement and Mutual Release dated December 24, 2002 ("Agreement"). Tri-ad failed to timely make its last payment as the Agreement required and is therefore liable to Air Plus in the amount of $30,000, plus costs and attorneys' fees.

## II. ARGUMENT

### A. Parties Enter Into Settlement Agreement

On December 24, 2002, Air Plus and Tri-ad entered the Agreement whereby they agreed to resolve all claims in the above-captioned lawsuit (the "Litigation"). (Affidavit of Tim Anderson, "Anderson Affidavit," ¶2; Exhibit A.) The Agreement provided for a payment schedule whereby Tri-ad would pay Air Plus $280,000 in 13 installments. (*Id.*) The first installment ($30,000) was due on or before 10 days from the execution of the Agreement, by

January 3, 2003. (*Id.*) The second payment in the amount of $20,833.33 was due on or before 40 days from the execution of the Agreement, February 2, 2003. (*Id.*) The remaining 11 payments, in the amount of $20,833.33 each, were due within 30-day intervals thereafter. (*Id.*)

The Agreement provided that if Tri-ad defaulted in any of these payments:

> The parties further stipulate and agree that Air Plus, at its option, may file a motion with the United States Magistrate Judge assigned to the Litigation to reopen the Litigation and enter judgment against Tri-ad in favor of Air Plus in the amount of Three Hundred and No/100ths U.S. Dollars ($310,000.00 U.S.) less the amount of any payments previously made to Air Plus, together with additional costs and reasonable attorneys' fees incurred in enforcing this Agreement.

(Exhibit A.) As part of the Agreement, both parties consented to having a United States Magistrate Judge resolve a motion to reopen the Litigation and enter final judgment in accordance with the Agreement. (*Id.*)

The Agreement also required that if Air Plus brought a motion to reopen the Litigation and enter judgment, Air Plus had to provide notice to Tri-ad of the motion at least 10 days prior to hearing. (Exhibit A.) Upon filing with the Court, the motion had to be accompanied by an affidavit from Air Plus or its attorneys stating that Tri-ad is in default and the amount due, which Air Plus filed as part of its motion. (*Id.*) On June 1, 2004, Air Plus sent copies of all documents submitted to the Court in support of its motion to reopen and enter judgment by Federal Express, overnight delivery to Linda Collier, president of Tri-ad. (See Certificate of Service by Federal Express.)

**B. Tri-ad Defaults**

Tri-ad's final payment in the amount of $20,833.34 was due on or before December 29, 2003. (Anderson Aff., ¶ 4.) Tri-ad failed to make this payment on or before December 29, 2003. (*Id.*) Therefore, Tri-ad is in default under the terms of the Agreement and Air Plus is entitled to

judgment in the amount of $310,000 less payments received, plus costs and reasonable attorneys' fees. (Exhibit A.)

This amount is $31,250, calculated as follows:

| | |
|---|---|
| Principal | $30,000 ($310,000 less $280,000) |
| Attorneys' Fees | $ 1,250 |
| **TOTAL**: | $31,250 |

Accordingly, Air Plus is entitled to obtain judgment against Tri-ad in the amount of $31,250.

## III. CONCLUSION

Based on the foregoing, Air Plus requests that the Court grant Air Plus' motion in its entirety and enter judgment against Tri-ad in the amount of $31,250.

Dated: June 1, 2004

**BRIGGS AND MORGAN, P.A.**

By ______________________
Mark J. Ayotte (#166315)
Lisa M. Agrimonti (#272474)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 977-8400

**Attorneys for MGR, Inc. d/b/a Air Plus Limited**