**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL DIVISION**

---

MGR, Inc., d/b/a Air Plus Limited, a Minnesota corporation,

Plaintiff,

v.

Tri-ad International Freight Forwarding, Ltd., a Canadian corporation,

Defendant.

Civil File No. 01-CV-803 JEL/JGL

**AFFIDAVIT OF DEFAULT AND AMOUNT DUE**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF RAMSEY )

Tim Anderson, having first been duly sworn upon oath, deposes and states as follows:

1. I am the Controller for MGR, Inc. d/b/a Air Plus Limited ("Air Plus"). I am responsible for all accounting functions at Air Plus, including but not limited to, financial reporting and banking activities. I oversee and manage the accounts payable, customer invoices, and accounts receivable. I also receive and apply payments from customers. I have personal knowledge of all of the facts set forth in this affidavit and make this affidavit on behalf of Air Plus.

2. On December 24, 2002, Air Plus and Tri-ad International Freight Forwarding, Ltd. ("Tri-ad") entered into a Settlement Agreement and Mutual Release (the "Agreement") to resolve the above-captioned case (the "Litigation"). A copy of the Agreement is attached hereto as Exhibit A. Under the terms of the Agreement, Tri-ad agreed to pay Air Plus $280,000 in 13 installments. The first installment ($30,000) was due "on or before" 10 days from the execution of the Agreement, by January 3, 2003. The second payment in the amount of $20,833.33 was

due "on or before" 40 days from the execution of the Agreement, February 2, 2003. The remaining 11 payments in the amount $20,833.33 each were due "within thirty (30) day intervals thereafter."

3. I personally received and applied the payments Tri-ad sent to Air Plus under the terms of the Agreement. A chart showing the due dates of the 13 payments and the date each payment was received is attached hereto as Exhibit B.

4. Tri-ad's first 12 payments were made within the timeframes required by the Agreement. The 13th installment was not. The 13th payment, in the amount of $20,833.33 was due on or before December 29, 2003. Tri-ad's payment was not received until December 30, 2003. Because Tri-ad failed to make this payment by December 29, 2003, Tri-ad is in default under the terms of the Agreement and owes Air Plus an additional $30,000.

5. After giving due credit for payments received ($280,000), the principal amount due by Tri-ad to Air Plus under the terms of the Agreement is $30,000 ($310,000 - $280,000). Additionally, Tri-ad is liable for reasonable attorneys' fees. In enforcing the Agreement, Air Plus has incurred attorneys' fees in the amount of $1,250. (*See* Affidavit of Lisa M. Agrimonti.)

6. As of the date of this affidavit, the total amount due from Tri-ad to Air Plus under the terms of the Agreement is $31,250.

**FURTHER AFFIANT SAYETH NOT.**

Dated: 06 MAY, 2004

[signature]
Tim Anderson

Subscribed and sworn to before me

this 06 day of MAY, 2004.

[signature] Robert Carl Carlson
Notary Public

ROBERT CARL CARLSON
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2005

1644426v1