Tri-ad Payment Schedule

| Payment # | Payment Due Date | Amount of Payment Due | Date Payment Was Made | Amount Paid |
|---|---|---|---|---|
| 1 | January 3, 2003 | $30,000.00 | 1/2/2003 | $30,000.00 |
| 2 | February 2, 2003 | $20,833.33 | 1/30/2003 | $20,833.33 |
| 3 | March 4, 2003 | $20,833.33 | 2/27/2003 | $20,833.33 |
| 4 | April 3, 2003 | $20,833.33 | 3/27/2003 | $20,833.33 |
| 5 | May 3, 2003 | $20,833.33 | 4/29/2003 | $20,833.33 |
| 6 | June 2, 2003 | $20,833.33 | 5/29/2003 | $20,833.33 |
| 7 | July 2, 2003 | $20,833.33 | 6/27/2003 | $20,833.33 |
| 8 | August 1, 2003 | $20,833.33 | 7/31/2003 | $20,833.33 |
| 9 | August 31, 2003 | $20,833.33 | 8/28/2003 | $20,833.33 |
| 10 | September 30, 2003 | $20,833.34 | 9/29/2003 | $20,833.34 |
| 11 | October 30, 2003 | $20,833.34 | 10/30/2003 | $20,833.34 |
| 12 | November 29, 2003 | $20,833.34 | 11/28/2003 | $20,833.34 |
| 13 | December 29, 2003 | $20,833.34 | 12/30/2003 | $20,833.34 |
| Total Payments | | $280,000.00 | | $280,000.00 |

**EXHIBIT B**