**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL DIVISION**

---

MGR, Inc., d/b/a Air Plus Limited, a Minnesota corporation,

Plaintiff,

v.

Tri-ad International Freight Forwarding, Ltd., a Canadian corporation,

Defendant.

Civil File No. 01-CV-803 JEL/JGL

**AFFIDAVIT OF ATTORNEYS' FEES**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Lisa M. Agrimonti, having first been duly sworn on oath, deposes and states as follows:

1. I am a shareholder with the law firm of Briggs and Morgan, P.A., Minneapolis, Minnesota and represent the Plaintiff MGR, Inc., d/b/a Air Plus Limited. ("Air Plus") in the above-captioned matter.

2. My hourly billing rate is $250/hour. In enforcing the Agreement, Air Plus has incurred attorneys' fees in the amount of $1,250. This amount is comprised of 3.75 hours spent preparing Air Plus' Notice of Motion and Motion to Reopen Case and Enter Judgment, supporting memorandum and related documentation; and an estimated 1.25 hours of attorney time to prepare for and appear at the hearing in this matter. I confirm that the work was performed for the benefit of the client and was necessary for the proper representation of Air Plus.

3. I have further reviewed the standards for determining the reasonableness of fees set forth in Rule 1.5 of the Minnesota Rules of Professional Conduct which include: the time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal service properly, the likelihood that the particular employment precludes other employment by the lawyer, the fee customarily charged in this locality for similar legal services, the amount involved and results obtained, the time limitations imposed by the client or by the circumstances, the nature and length of the professional relationship with the client, the experience, reputation, and the ability of the lawyer performing the services and the fixed nature of the fees. Based on my review of the fees incurred and these factors, I believe our fees of $1,250 for motion preparation and hearing are appropriate under the circumstances.

FURTHER AFFIANT SAYETH NOT.

Dated: June 1, 2004

Lisa M. Agrimonti