**,IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**CASE NO. 01-CV-803 (JEL/JGL)**

**CERTIFICATE OF SERVICE BY ECF**

I, Lisa M. Agrimonti, certify that on June 1, 2004, I electronically filed the following documents:

1. Air Plus' Notice of Motion to Reopen Case and Enter Judgment;
2. Air Plus' Motion to Reopen Case and Enter Judgment;
3. Air Plus' Memorandum in Support of Reopening Case and Entering Judgment;
4. Affidavit of Default and Amount Due by Tim Anderson;
5. Affidavit of Attorneys' Fees by Lisa M. Agrimonti;
6. Certificate of Service by Federal Express upon Linda Collier; and
7. Proposed Order;

with the clerk of the court by using the ECF which will send a notice of electronic filing via Federal Express to the following:

Jeffrey J. Bouslog
Oppenheimer, Wolff & Donnelly, LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
Telephone No. (612) 607-7446

I further certify that I mailed the above listed document(s) and the notice of electronic filing by first-class mail to the following non-ECF participants: N/A

**s/Lisa M. Agrimonti**
Lisa M. Agrimonti (#272474)
Attorneys for MGR, Inc. d/b/a
Air Plus Limited
Briggs and Morgan, P.A.
2200 IDS Center
Minneapolis, MN 55402
(612) 977-8400 (phone)
(612) 977-8650 (fax)
lagrimonti@briggs.com