**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**CASE NO. 01-CV-803 (JEL/JGL)**

## CERTIFICATE OF SERVICE BY FEDERAL EXPRESS

I, Lisa M. Agrimonti, certify that on June 1, 2004, I served by Federal Express the following documents:

1. Air Plus' Notice of Motion to Reopen Case and Enter Judgment;
2. Air Plus' Motion to Reopen Case and Enter Judgment;
3. Air Plus' Memorandum in Support of Reopening Case and Entering Judgment;
4. Affidavit of Default and Amount Due by Tim Anderson;
5. Affidavit of Attorneys' Fees by Lisa M. Agrimonti; and
6. Proposed Order;

upon:

Tri-ad International Freight Forwarding, Ltd
Attention: Linda Collier
1575 South Gateway Road, A & B
Mississauga, Ontario, Canada L4W 551

**s/Lisa M. Agrimonti**
Lisa M. Agrimonti (#272474)
Attorneys for MGR, Inc. d/b/a
Air Plus Limited
Briggs and Morgan, P.A.
2200 IDS Center
Minneapolis, MN 55402
(612) 977-8400 (phone)
(612) 977-8650 (fax)
lagrimonti@briggs.com