# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MGR, Inc., d/b/a Air Plus Limited, a Minnesota corporation,

Court File No. 01-CV-803 JEL/JGL

Plaintiff,

vs.

Tri-ad International Freight Forwarding, Limited, a Canadian corporation,

Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on the **8th** day of **JUNE, 2004,** I caused the following; **TRI-AD INTERNATIONAL FREIGHT FORWARDING, LTD.'S MEMORANDUM IN OPPOSITION TO AIR PLUS LTD.'S MOTION TO REOPEN CASE AND ENTER JUDGMENT; AFFIDAVIT OF JEFFREY J. BOUSLOG; AFFIDAVIT OF AVNISH AGGARWAL,** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the within named counsel:

Jeffrey J. Bouslog
Oppenheimer Wolff & Donnelly, LLP
45 South Seventh Street, Suite 3300
Minneapolis, MN 55402

*Counsel for Defendant*

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by United States First Class Mail, postage prepaid, to the following non-ECF participants:

Lisa M. Agrimonti
Briggs & Morgan
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

*Counsel for Plaintiff*

Mark Joseph Ayotte
Briggs & Morgan
W2200 1st National Bank Building
332 Minnesota Street
St. Paul, MN 55101

*Counsel for Plaintiff*

s/ Jeffrey J. Bouslog
Attorneys for Defendant

**OPPENHEIMER WOLFF & DONNELLY LLP**
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100
Email: jbouslog@oppenheimer.com
fsolade@oppenheimer.com

Case Name: Air Plus Ltd v. Tri-ad Int'l Freight
Civil File No.: 01-CV-803