# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

**M.G.R., Inc., d/b/a/ Air Plus Limited,**

Plaintiff,

v.

**Tri-ad International Freight Forwarding, Ltd, a Canadian Corporation,**

Defendant.

**Tri-ad International Freight Forwarding, Ltd,**

Counter-claimant,

v.

**M.G.R., Inc., d/b/a/ Air Plus Limited,**

Counter-defendant.

## COURT MINUTES

BEFORE: Jonathan Lebedoff
Chief United States Magistrate Judge

| | |
|---|---|
| Case No: | 01-0803 (JGL) |
| Date: | June 15, 2004 |
| Court Reporter: | none |
| Tape Number: | number not available |
| Time Commenced: | 8:30 a.m. |
| Time Concluded: | 8:50 a.m. |
| Time in Court: | 20 minutes |

APPEARANCES:

Plaintiff: Lisa Agrimonti, Esq.

Defendant: Jeffrey Bouslog, Esq.

Interpreter / Language: none / English

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** x **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Before the Court on Plaintiff's Motion to Reopen the Case and Enter Judgment (Doc. No. 45).

Motion **DENIED** from the bench. Written Order will follow.

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Krisann Kleibacker
Signature of Judicial Law Clerk