**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**M.G.R., INC., d/b/a/ Air Plus Limited,**

Plaintiff,

v.

**TRI-AD INTERNATIONAL FREIGHT FORWARDING, LTD., a Canadian Corporation,**

Defendant.

---

**TRI-AD INTERNATIONAL FREIGHT FORWARDING, LTD.,**

Counter-claimant,

v.

**M.G.R., INC., d/b/a/ Air Plus Limited,**

Counter-defendant.

---

Civil No. 01-0803 (JGL)

**O R D E R**

APPEARANCES

Lisa Agrimonti, Esq., for Plaintiff and Counter-defendant M.G.R., Inc.

Jeffrey Bouslog, Esq., for Defendant and Counter-claimant Tri-ad International Freight Forwarding, Ltd.

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned on June 15, 2004, on Plaintiff's Motion to Reopen Case and Enter Judgment (Doc. No. 45). Pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties voluntarily waived their rights to proceed before a judge of the United States District Court and consented to have the undersigned Chief Magistrate Judge of the United States District Court conduct all proceedings in the case, including entry of a final judgment.

This Order memorializes the Court's ruling from the bench in this matter. Plaintiff's Motion is denied in its entirety. Additionally, the Court takes the unusual step of awarding attorneys' fees and costs in the amount of $1000 to Defendant for having been forced to defend this meritless Motion by Plaintiff.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

(1) Plaintiff's Motion to Reopen Case and Enter Judgment (Doc. No. 45) is **DENIED**; and

(2) Attorneys' fees and costs in the amount of $1000 are awarded to Defendant and must be paid no later than July 1, 2004.

Dated: June 15, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge